

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable John H. Winters,
Executive Director
State Department of Public Welfare
Austin 3, Texas

Dear Mr. Winters:  Opinion No. O-7476

Re: Authority of the State Department of Public Welfare to accept money from the Federal Government for Foster Home care.

Your request for an opinion upon the above-captioned subject-matter is as follows:

"It has been called to my attention that the Child Welfare Legislative Committee of the Texas Social Welfare Association is planning to sponsor legislation providing for a Foster Home Program in the State.

"Recently there has been some discussion in the National Congress about providing Federal funds for grants to States for such a program, and the question has been asked of this Department, would the State of Texas be able to legally accept money from the Federal Government for such a program in the event legislation is passed at the next session of Congress.

"We shall appreciate your consideration and opinion on the following:

"Would it be necessary to amend the State Constitution in order for the State of Texas to accept money from the Federal Government for Foster Home Care?

"If an amendment to the Constitution is not necessary, then under present legislation, does the State have implied power to accept money from the Federal Govern-

ment for this purpose under the provisions
of cooperating with the Federal Government?"

While you ask with respect to the authority of
"the State of Texas to accept money from the Federal Govern-
ment", we take it to be you mean the authority of the State
Department of Public Welfare to accept money from the Feder-
al Government for Foster Home care program.

Section 2 of the General Provisions appended to the
current Appropriation Act for the State Departments, in subdi-
vision (9), provides:

"The proper officer or officers of any State
Departments, bureaus, or divisions of State agen-
cies are hereby authorized to make application for
and accept any gifts, grants, or allotments or
funds from the United States Government, education-
al or health projects and programs, etc., to be
used on State cooperative and other Federal projects
and programs in Texas, including construction of pub-
lic buildings, repairs, and improvements. Any of
such funds as may be deposited in the State Treasury
are hereby appropriated to the specific purpose author-
ized by the grantor, and subject to the limitation
placed on this Act."

1. It would not be necessary to amend the Constitu-
tion in order for the State of Texas, or for the Department of
Public Welfare to accept money from the Federal Government for
Foster Home care in connection with the Federal program.

In Opinion No. O-5136 this Department decided the ques-
tion under an identical provision contained in the then depart-
mental appropriation bill.

2. Under the holding of our opinion immediately above
cited, the State Department of Public Welfare does have power to
accept money from the Federal Government for a Foster Home care
program.

It is impossible for one to know the conditions upon
which a grant of money may be made by the Federal Government to
the state in advance of the passage of a bill by the Congress,

but we are assuming in our answers above given that no requirements would be imposed upon the State which would be in violation of any constitutional limitation of the legislative power. It is, of course, possible that the Congress might couple with the donation demands upon the State that would be forbidden to the Legislature by the Constitution, but this is not at all likely to be the case.

We are of the opinion the consent of the State thus to accept donations or grants from the Federal Government may be given by the Legislature in an appropriation act. Ordinarily, it is not required that the consent of the State to accept donations be evidenced by a bill, but it may be done by other appropriate action of the Legislature, evidencing such legislative authority to accept, as by a resolution, as contradistinguished from a bill.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED NOV 1, 1946

By

ATTORNEY GENERAL OF TEXAS

Ocie Speer
ASSISTANT

OS-MR



APPROVED
OPINION
COMMITTEE
BY ___
CHAIRMAN